UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FRESENIUS GRANUFLO/NATURALYTE
DIALYSATE PRODUCTS LIABILITY
LITIGATION                                                                                         MDL No. 2428

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –29)

On March 29, 2013, the Panel transferred 7 civil action(s) to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 935 F.Supp.2d 1362 (J.P.M.L. 2013). Since that time, 273 additional action(s) have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Douglas P Woodlock.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Woodlock.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Massachusetts for the reasons stated in the order of March 29, 2013, and, with the consent of that court, assigned to the Honorable Douglas P Woodlock.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 27, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 1:13-cv-13099-DPW   Document 4   Filed 12/05/13   Page 2 of 2

IN RE: FRESENIUS GRANUFLO/NATURALYTE
DIALYSATE PRODUCTS LIABILITY
LITIGATION                                                          MDL No. 2428

SCHEDULE CTO-29 – TAG-ALONG ACTIONS

*(Certification stamp: "I hereby certify 12/2/13 that the foregoing document is true and correct copy of the ☐ electronic docket in the captioned case ☒ electronically filed original filed on 11/27/13 ☐ original filed in my office on ____. Robert M. Farrell, Clerk, U.S. District Court, District of Massachusetts. By: Sherry Jones, Deputy Clerk")*

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | | |
| ~~CAC~~ | ~~2~~ | ~~13-08153~~ | ~~Josephine Arballo v. Fresenius USA Inc et al~~ | Opposed 11/26/13 |
| **CALIFORNIA NORTHERN** | | | | |
| CAN | 5 | 13-05143 | Vasquez v. Fresenius Medical Care Holding, Inc. et al | |
| **MISSISSIPPI SOUTHERN** | | | | |
| MSS | 1 | 13-00427 | Lastorka v. Fresenius Medical Care Holdings, Inc. et al | |
| **NEW JERSEY** | | | | |
| NJ | 2 | 13-06844 | KOSTECKY v. FRESENIUS MEDICAL CARE HOLDING, INC. et al | |
| **NEW YORK NORTHERN** | | | | |
| NYN | 5 | 13-01403 | Battista v. Fresenius Medical Care Holdings, Inc. et al | |
| **TENNESSEE EASTERN** | | | | |
| TNE | 1 | 13-00379 | Jones v. Fresenius Medical Care North America et al | |
| **WEST VIRGINIA SOUTHERN** | | | | |
| WVS | 2 | 13-27953 | Billups et al . Fresenius Medical Care Holding, Inc. et al | |
| WVS | 2 | 13-27956 | McCoy et al v. Fresenius Medical Care Holding, Inc. et al | |
| WVS | 2 | 13-27960 | Spradling et al v. Fresenius Medical Care Holding, Inc. et al | |
| WVS | 2 | 13-27966 | Williams v. Fresenius Medical Care Holding, Inc. et al | |
| WVS | 2 | 13-27976 | Turton et al v. Fresenius Medical Care Holding, Inc. et al | |